**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**IN ADMIRALTY**

CASE No.: 20-cv-21696

SILK ROAD TRADING & SHIPPING CO., LTD.,
a Foreign Corporation,

    Plaintiff,

v.

WORLD FUEL SERVICES (SINGAPORE) PTE LTD., a Foreign Corporation, WORLD FUEL SERVICES TRADING DMCC, a Foreign Corporation, and WORLD FUEL SERVICES CORPORATION d/b/a WORLD FUEL SERVICES MARINE GROUP OF COMPANIES, a Florida Corporation.

    Defendants.

## DEFENDANT'S NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES

PLEASE TAKE NOTICE that Jerry D. Hamilton, Esq., David N. Gambach, Esq., and Evan S. Gutwein, Esq., and the law firm of Hamilton, Miller, & Birthisel, LLP, hereby appears as counsel for Defendants, WORLD FUEL SERVICES (SINGAPORE), PTE LTD, WORLD FUEL SERVICES TRADING DMCC and WORLD FUEL SERVICES CORPORATION d/b/a WORLD FUEL SERVICES MARINE GROUP OF COMPANIES, and request all pleadings, notices, letters and documents in the above-captioned case be served on:

    Jerry D. Hamilton, Esq. at jhamilton@hamiltonmillerlaw.com
    David N. Gambach, Esq. at dgambach@hamiltonmillerlaw.com
    Evan S. Gutwein, Esq. at egutwein@hamiltonmillerlaw.com
    Jessica Florin at jflorin@hamiltonmillerlaw.com
    Jessica Mendez at jmendez@hmailtonmillerlaw.com

Dated:  January 24, 2022

                              Respectfully submitted,

                              /s/   *David N. Gambach*
                              David N. Gambach, Esq.
                              Florida Bar No. 8540
                              Evan S. Gutwein, Esq.
                              Florida Bar No. 58741
                              HAMILTON, MILLER & BIRTHISEL, LLP.
                              150 Southeast Second Avenue, Suite 1200
                              Miami, Florida 33131
                              Telephone 305-379-3686
                              Facsimile 305-379-3690
                              DGambach@HamiltonMillerLaw.com
                              EGutwein@HamiltonMillerLaw.com
                              JFlorin@HamiltonMillerLaw.com
                              JMendez@HamiltonMillerLaw.com
                              *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via CM-ECF this 24th day of January, 2022 to all parties on the attached Service List.

                              /s/   *David N. Gambach*
                              David N. Gambach, Esq.

| Service List | |
|---|---|
| Neil Bayer, Esq.<br>Florida Bar No. 615684<br>Chase Alexandra Jansson<br>Florida Bar No. 1002265<br>Campbell Johnston Clark LLP<br>Douglas Centre<br>2600 Douglas Road<br>Suite 508<br>Coral Gables, FL 33134<br>Tel: 786-204-3784<br>Neil@cjclaw.com<br>Chase@cjclaw.com<br>Cindy@cjclaw.com<br>*Attorneys for Plaintiff* | Scott Wagner, Esq.<br>Florida Bar No. 10244<br>Wagner Legal Co.<br>3050 Biscayne Blvd.<br>Suite 904<br>Miami, Fla. 33137<br>Ph. (305) 768-3247<br>Fax (305) 306-8598<br>SW@WagnerLegalCo.com<br>*Attorney for Defendants* |