# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### IN ADMIRALTY

CASE No.: 20-cv-21696

---

SILK ROAD TRADING & SHIPPING CO., LTD.,
a Foreign Corporation,

      Plaintiff,

v.

WORLD FUEL SERVICES (SINGAPORE) PTE LTD., a Foreign Corporation, WORLD FUEL SERVICES TRADING DMCC, a Foreign Corporation, and WORLD FUEL SERVICES  CORPORATION d/b/a WORLD FUEL SERVICES MARINE  GROUP OF COMPANIES, a Florida Corporation.

      Defendants.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The Parties hereto have amicably resolved their dispute, and they hereby agree and stipulate to the dismissal of this case and all claims therein, with prejudice. The Parties also agree they will each bear and be responsible for their own attorneys' fees and costs. A proposed order for dismissal with prejudice is attached.

Respectfully Submitted,

HAMILTON, MILLER & BIRTHISEL, LLP

*/s/ Neil Bayer*
Neil Bayer, Esq.
Florida Bar No. 615684
Campbell Johnston Clark LLP
Douglas Centre
2600 Douglas Road, Suite 508
Coral Gables, FL 33134
Tel: 786-204-3784
Neil@cjclaw.com
Cindy@cjclaw.com
*Counsel for Plaintiff*

/s/   *David N. Gambach*
David N. Gambach, Esq.
Florida Bar No. 8540
HAMILTON, MILLER & BIRTHISEL, LLP.
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131
Telephone 305-379-3686
Facsimile 305-379-3690
DGambach@HamiltonMillerLaw.com
JMendez@HamiltonMillerLaw.com
*Counsel for Defendants*